

|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KYLE REARDON<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | (916) 554-2700 |
| 5 | (916) 448-2900 FAX |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                              ) NO. 208-MJ-0332
                                    )
UNITED STATES OF AMERICA,           ) [PROPOSED] ORDER
                                    )
            Plaintiff,              ) [IN CAMERA AND UNDER SEAL]
                                    )
      v.                            )
                                    )
CONSUELA STEWART, RALONDRIA         )
STAFFORD, and NECOLE WARD           )
                                    )
            Defendants.             )

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the complaints and arrest warrants in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, <u>in camera</u> and <u>under seal</u>. Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

4

IT IS HEREBY ORDERED that the affidavit underlying the complaints and arrest warrants in the above-entitled proceedings, together with the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration, and this order shall be filed with this Court <u>in camera</u> and <u>under seal</u> and shall not be disclosed to any person until execution of the arrest warrants.

Dated this 19th day of September, 2008.

By: _____
~~GREGORY G. HOLLOWS~~ Edmund F. Brennan
United States Magistrate Judge

Presented by:

_____
KYLE REARDON
Assistant U.S. Attorney

5