1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

JAN 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                  )  2:08-MJ-0332 EFB
12               Plaintiff,       )
                                  )
13       v.                       )  ORDER
                                  )
14  NECOLE WARD,                  )
                                  )
15               Defendant.       )
                                  )
16  _____)

17      Petition having been made to the Court to unseal the above

18  named complaint and the Court having considered the petition and

19  finding good cause therefor;

20      IT IS HEREBY ORDERED that the complaint named above, the

21  Application for Sealing, and the Court's Order sealing the

22  complaint be unsealed.

23  DATED:   Jan. 14, 2009

24

25                          GREGORY G. HOLLOWS

26                          GREGORY G. HOLLOWS
                            United States Magistrate

27

28

                            3