1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2700

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )    2:08-MJ-332 EFB
12                  Plaintiff,       )
                                     )    STIPULATION AND  ORDER
13    v.                             )    CONTINUING PRELIMINARY HEARING
                                     )    AND EXCLUDING TIME
14  NECOLE WARD,                     )
                                     )
15                  Defendant.       )
    _____)
16

17       IT IS HEREBY STIPULATED by and between Assistant United States

18  Attorney Kyle Reardon, counsel for the plaintiff, and Bruce Locke,

19  counsel for the defendant, that good cause exists to extend the

20  preliminary hearing currently set for Monday, January 26, 2009, at

21  2:00 p.m. to Tuesday, February 3, 2009, at 2:00 p.m., pursuant to

22  Federal Rule of Criminal Procedure 5.1(d).  This is the first

23  request by the parties for an extension of time for the preliminary

24  hearing.

25       Good cause exists to extend the time for the preliminary

26  hearing within the meaning of Rule 5.1(d) because more time will

27  permit the parties to perform additional investigation, evaluate the

28  evidence in this case, and discuss a possible pre-indictment

                                     1

1  resolution.

2       Furthermore, the defendant will be traveling from out of state

3  and has submitted a request for United States Marshal funding of her

4  travel pursuant to 18 U.S.C. § 4285.  This motion has not yet been

5  acted upon.

6       Counsel further stipulate that an exclusion of time from now

7  until Tuesday, February 3, 2009, is appropriate under the Speedy

8  Trial Act because of the need for additional investigation.  As a

9  result, counsel for both parties believe time should be excluded

10 under Local Code T4 to allow a reasonable time to prepare.  18

11 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

12                                    Respectfully Submitted,

13                                    LAWRENCE G. BROWN
                                      Acting United States Attorney
14

15 Dated: January 21, 2009            /s/ Kyle Reardon
                                      KYLE REARDON
16                                    Assistant U.S. Attorney

17
   Dated: January 21, 2009            /s/ Kyle Reardon for
18                                    BRUCE LOCKE
                                      Counsel for the defendant
19

20

21

22

23

24

25

26

27

28

                                    2

1

**ORDER**

2      Based upon the representations by counsel and the stipulation

3 of the parties, IT IS HEREBY ORDERED that:

4      1.   The Court finds good cause to extend the Preliminary

5 Hearing currently set for Monday, January 26, 2009, at 2:00 p.m., to

6 Tuesday, February 3, 2009, at 2:00 p.m., pursuant to Federal Rule of

7 Criminal Procedure 5.1(d);

8      2.   Based upon the above representations and stipulation of

9 the parties, the Court further finds that the ends of justice

10 outweigh the best interest of the public and the defendant in a

11 speedy trial.  Accordingly, time under the Speedy Trial Act shall be

12 excluded through Tuesday, February 3, 2009.

13      IT IS SO ORDERED.

14

15 Date: January 23, 2009

                                    /s/ Gregory G. Hollows
16                                _____
                                  UNITED STATES MAGISTRATE JUDGE
17

18                                  ward.eot

19

20

21

22

23

24

25

26

27

28