John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994

Attorney for Defendant
Ralondria Stafford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALONDRIA STAFFORD, et al., ) <br> ) <br> Defendants. ) <br> _____) | NO. 2:09-cr-00037 MCE <br><br> STIPULATION AND <br> ORDER CONTINUING <br> STATUS CONFERENCE <br><br> Date: 4/2/09 <br> Time: 9:00 a.m. <br> Judge: Hon. Morrison C. <br> England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Ralondria Stafford, John R. Manning, Esq., and counsel for defendant Necole Ward, Bruce Locke, Esq., that the status conference presently set for April 2, 2009 be **continued to June 4, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1

3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: March 31, 2009          /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Ralondria Stafford

Dated: March 31, 2009          /s/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Defendant
                               Necole Ward

Dated: March 31, 2009          McGREGOR W. SCOTT
                               United States Attorney

                         by:   /s/ Kyle F. Reardon
                               KYLE F. REARDON
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RALONDRIA STAFFORD, et al.,<br><br>    Defendants. | No. 2:09-cr-00037 MCE<br><br>ORDER TO<br>CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the April 2, 2009 status conference be continued to June 4, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to June 4, 2009.

IT IS SO ORDERED.

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE