JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:09-cr-00037 MCE |
| Plaintiff, | ) |
| | ) ORDER TO CONTINUE STATUS |
| v. | ) CONFERENCE |
| RALONDRIA STAFFORD, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the August 20, 2009 status conference be continued to September 17, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to September 17, 2009.

   IT IS SO ORDERED.
 DATED: August 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1