JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 'H' Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RALONDRIA STAFFORD, et al.,<br><br>　　　　Defendants. | Case No. 2:09-cr-00037 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:　August 20, 2009<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Ralondria Stafford, John R. Manning, Esq., and counsel for defendant Necole Ward, Bruce Locke, Esq., that the status conference presently set for August 20, 2009 be continued to September 17, 2009 at 9:00 a.m., thus vacating the presently set status conference. Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (8) (B) (iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 17, 2009.

1

IT IS SO STIPULATED.

Dated: August 18, 2009        /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Ralondria Stafford

Dated: August 18, 2009        /s/ Bruce Locke
                              BRUCE LOCKE
                              Attorney for Defendant
                              Necole Ward

Dated: August 18, 2009        Lawrence G. Brown
                              Acting United States Attorney

                        by:   /s/ Kyle F. Reardon
                              KYLE F. REARDON
                              Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 'H' Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00037 MCE |
| Plaintiff, | |
| | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RALONDRIA STAFFORD, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the August 20, 2009 status conference be continued to September 17, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days.

///

///

///

///

///

THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) *[not 18 U.S.C. 3161 (h) (8) (B) (iv)]* and Local Code T4 from the date of this order to September 17, 2009.

IT IS SO ORDERED.

DATED: August 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE