1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for NECOLE WARD

5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,         )   No.  CR S-09-037-MCE
                                     )
9              Plaintiff,            )
                                     )   STIPULATION AND
10                                   )   ORDER CONTINUING THE STATUS
        v.                           )   CONFERENCE FROM SEPTEMBER
11                                   )   17, 2009 TO OCTOBER 15, 2009
   NECOLE WARD,                      )   AT 9:00 A.M.
12                                   )
               Defendant.            )
13 _____     )

14                            Stipulation

15     The defendant, by and through her attorney, Bruce Locke, and the United States, by and

16 through its attorney, Kyle Reardon, hereby stipulate that the Status Conference currently scheduled

17 for September 17, 2009 at 9:00 a.m., should be continued to October 15, 2009 at 9:00 a.m. The

18 reason for the continuance is that the defense needs additional time to prepare the case for trial.

19 Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code

20 T4.  Mr. Reardon has authorized Mr. Locke to sign this document for him.

21

22 DATED: September 11, 2009                    /S/  Bruce Locke
                                                BRUCE LOCKE
23                                              Attorney for Necole Ward

24

25
   DATED: September 11, 2009                    /S/ Bruce Locke
26                                              For KYLE REARDON
                                                Assistant United States Attorney
27

28

29                                      1

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for September 17, 2009 is continued to October 15, 2009 at 9:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation for counsel preparation from September 17, 2009 until October 15, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: September 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE