JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>RALONDRIA STAFFORD, et al.,<br><br>          Defendants. | CR NO. 2:09-cr-00037-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  October 15, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Ralondria Stafford, John R. Manning, Esq., and counsel for defendant Necole Ward, Bruce Locke, Esq., that the status conference presently set for October 15, 2009 be continued to December 3, 2009 at 9:00 a.m., thus vacating the presently set status conference. Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, December 3, 2009.

IT IS SO STIPULATED.

Dated: October 14, 2009         /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Ralondria Stafford

Dated: October 14, 2009         /s/ Bruce Locke
                                BRUCE LOCKE
                                Attorney for Defendant
                                Necole Ward

Dated: October 14, 2009         Lawrence G. Brown
                                Acting United States Attorney

                        by:     /s/ Kyle F. Reardon
                                KYLE F. REARDON
                                Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-09-0037 MCE |
| Plaintiff, | ) |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| RALONDRIA STAFFORD, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the October 15, 2009 status conference be continued to December 3, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to December 3, 2009.

DATED:  October 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE