```
1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for NECOLE WARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00037-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM JANUARY 28 |
| | ) | 2010 TO MARCH 4, 2010 AT 9:00 A.M. |
| NECOLE WARD, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendants, Necole Ward and Ralondria Stafford, by and through their attorneys, Bruce Locke and John Manning, and the United States, by and through its attorney, Kyle Reardon, hereby stipulate that the Status Conference currently scheduled for January 28, 2010 at 9:00 a.m., should be continued to March 4, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to prepare the case for trial. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Mr. Reardon and Mr. Manning have authorized Mr. Locke to sign this document for them.

DATED: January 25, 2010         /S/  Bruce Locke
                                BRUCE LOCKE
                                Attorney for Necole Ward

DATED: January 25, 2010         /S/  Bruce Locke
                                For JOHN MANNING
                                Attorney for Ralondria Stafford

1

1  DATED: January 25, 2010                        /S/ Bruce Locke
                                                  For KYLE REARDON
2                                                 Assistant United States Attorney

3

4                                    Order

5      For the reasons stated in the parties' stipulation, the Court hereby orders that the status

6  conference scheduled for January 28, 2010 is continued to March 4, 2010 at 9:00 a.m.

7      The Court further finds that the interests of justice served by granting the continuance

8  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is

9  excluded from the speedy trial calculation for counsel preparation from January 28, 2010 until March

10 4, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

11     IT IS SO ORDERED.

12  Dated: January 26, 2010

13

14                                                MORRISON C. ENGLAND, JR.
15                                                UNITED STATES DISTRICT JUDGE