JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-09-037 MCE |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| | ) Date:  March 11, 2010 |
| RALONDRIA STAFFORD, et al., | ) Time:  9:00 a.m. |
| | ) Judge:  Hon. Morrison C. England, Jr. |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its

undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel

for defendant Ralondria Stafford, John R. Manning, Esq., and counsel for defendant Necole

Ward, Bruce Locke, Esq., that the status conference presently set for March 11, 2010 be

continued to March 25, 2010 at 9:00 a.m., thus vacating the presently set status conference.

Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of

Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for

effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of

the order until the date of the status conference, March 25, 2010.

IT IS SO STIPULATED.

Dated: March 8, 2010                    /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Ralondria Stafford

Dated: March 8, 2010                    /s/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Defendant
                                        Necole Ward


Dated: March 8, 2010                    Benjamin B. Wagner
                                        United States Attorney

                                by:     /s/ Kyle F. Reardon
                                        KYLE F. REARDON
                                        Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-09-0037 MCE |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RALONDRIA STAFFORD, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the March 11, 2010 status

conference be continued to March 25, 2010 at 9:00 a.m.  I find that the ends of justice warrant an

exclusion of time and that the defendant's need for continuity of counsel and reasonable time to

for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT

IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and

Local Code T4 from the date of this order to March 25, 2010.

IT IS SO ORDERED.

DATED:  March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE