BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for NECOLE WARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR S-09-037-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM MAY 13 |
| | ) | 2010 TO MAY 27, 2010 AT 9:00 A.M. |
| NECOLE WARD, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant, Necole Ward, by and through her attorney, Bruce Locke, and the United States, by and through its attorney, Kyle Reardon, hereby stipulate that the Status Conference currently scheduled for May 13, 2010 at 9:00 a.m., should be continued to May 27, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to review the government's proposed plea agreement. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Mr. Reardon has authorized Mr. Locke to sign this document for him.

DATED: May 11, 2010                         /S/  Bruce Locke
                                            BRUCE LOCKE
                                            Attorney for Necole Ward

DATED: May 11, 2010                           /S/ Bruce Locke
                                              For KYLE REARDON
                                              Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for May 13, 2010 is continued to May 27, 2010 at 9:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation from May 13, 2010 until May 27, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated: May 12, 2010

                                              _____
                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE