```
BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for NECOLE WARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-09-037-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE TRIAL CONFIRMATION HEARING FROM MAY 27, 2010 TO JUNE 10, 2010 AT 9:00 A.M. FOR CHANGE OF PLEA |
| v. | ) | |
| NECOLE WARD, | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant, Necole Ward, by and through her attorney, Bruce Locke, and the United States, by and through its attorney, Kyle Reardon, hereby stipulate that the Trial Confirmation Hearing currently scheduled for May 27, 2010 at 9:00 a.m., should be continued to June 10, 2010 at 9:00 a.m. At that time, the defendant, Necole Ward will change her plea. The reason for the continuance is that the defense needs additional time to discuss the factual basis contained in the government's proposed plea agreement with the prosecutor.  Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4.  Mr. Reardon has authorized Mr. Locke to sign this document for him.

DATED: May 21, 2010                               /S/  Bruce Locke
                                                                                  BRUCE LOCKE
                                                                                  Attorney for Necole Ward

DATED: May 21, 2010                    /S/ Bruce Locke
                                       For KYLE REARDON
                                       Assistant United States Attorney

<u>Order</u>

For the reasons stated in the parties' stipulation, the Court hereby orders that the Trial Confirmation Hearing scheduled for May 27, 2010 is continued to June 10, 2010 at 9:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation from May 27, 2010 until June 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated: May 26, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE