JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>STAFFORD, et al.,<br><br>  Defendants. | CR NO. 2:09-cr-00037-MCE<br><br>ORDER CONTINUING SENTENCING<br><br>Date:  August 26, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 26, 2010. Counsel for the defendants request that the date for judgment and sentencing be continued to October 14, 2010 at 9:00am.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                              **10/14/10**

Reply, or Statement of Non-Opposition:                                         10/7/10

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:            9/30/10

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 9/23/10 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 9/16/10 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 9/2/10 |

Dated:  July 21, 2010                                         //s/ John R. Manning
                                                              JOHN R. MANNING
                                                              Attorney for defendant
                                                              Ralondria Stafford

Dated: July 21, 2010                                          /s/ Bruce Locke
                                                              BRUCE LOCKE
                                                              Attorney for Defendant
                                                              Necole Ward

Dated:  July 21, 2010                                         /s/ Kyle F. Reardon
                                                              KYLE F. REARDON
                                                              Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Ralondria Stafford and Necole Ward be continued from August 26, 2010 to October 14, 2010. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: July 21, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE