JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 2:09-cr-00037 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | Date:  October 14, 2010 |
| STAFFORD, et al., | Time:  9:00 a.m. |
| Defendants. | Judge:  Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 14, 2010.  Counsel for the defendants request that the date for judgment and sentencing be continued to November 18, 2010 at 9:00am.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                **11/18/10**

   Reply, or Statement of Non-Opposition:                            11/11/10

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later than:             11/4/10

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 10/28/10 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 10/21/10 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 9/2/10 |

Dated:  September 15, 2010                      //s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for defendant
                                                Ralondria Stafford

Dated: September 15, 2010                       /s/ Bruce Locke
                                                BRUCE LOCKE
                                                Attorney for Defendant
                                                Necole Ward

Dated:  September 15, 2010                      /s/ Kyle F. Reardon
                                                KYLE F. REARDON
                                                Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STAFFORD, et al.,<br><br>    Defendants. | CR NO. S-09-037 MCE<br><br>ORDER CONTINUING SENTENCING |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Ralondria Stafford and Necole Ward be continued from October 14, 2010 to November 18, 2010.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: September 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE