```
1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for NECOLE WARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00037-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE DATE |
| v. | ) | FOR SENTENCING FROM NOVEMBER |
| | ) | 18, 2010 TO DECEMBER 16, 2010 |
| NECOLE WARD, | ) | AT 9:00 A.M. |
| | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendants, Necole Ward and Rolondria Stafford, by and through their attorneys, Bruce Locke and John Manning, and the United States, by and through its attorney, Kyle Reardon, hereby stipulate that the date for Sentencing currently scheduled for November 18, 2010 at 9:00 a.m., should be continued to December 16, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time prepare the sentencing memoranda.  Mr. Manning and Mr. Reardon have authorized Mr. Locke to sign this document for them.

Accordingly, the Presentence Report shall be filed with the Court and disclosed to counsel on November 24, 2010.

The Motion for Correction of the Presentence Report shall be filed with the Court and served on opposing counsel no later than December 2, 2010.

The Reply or Statement of Non-Opposition shall be filed and served by December 9, 2010.

///

///

1

1  DATED: October 26, 2010                    /S/  Bruce Locke
                                              BRUCE LOCKE
2                                             Attorney for Necole Ward

3
   DATED: October 26, 2010                    /S/  Bruce Locke
4                                             For JOHN MANNING
                                              Attorney for Rolondria Stafford
5

6  DATED: October 26, 2010                    /S/ Bruce Locke
                                              For KYLE REARDON
7                                             Assistant United States Attorney

8

9                                       ORDER

10     IT IS SO ORDERED.

11

12
   Dated:  October 28, 2010
13

14                                      _____
                                        MORRISON C. ENGLAND, JR.
15                                      UNITED STATES DISTRICT JUDGE