JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STAFFORD, et al.,<br><br>　　　　Defendants. | CR NO. S-09-037 MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date:  December 16, 2010<br>Time:  9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 16, 2010. Counsel for the defendants request that the date for judgment and sentencing be continued to February 3, 2011 at 9:00am. The continuance is requested to allow the defense more time to respond to the report prepared by United States Probation.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**　　　　　　　　　　　　**2/3/11**

   Reply, or Statement of Non-Opposition:　　　　　　　　1/27/11

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later than:　　1/20/11

1

| | |
|---|---|
| Dated:  December 1, 2010 | //s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for defendant<br>Ralondria Stafford |
| Dated: December 1, 2010 | /s/ Bruce Locke<br>BRUCE LOCKE<br>Attorney for Defendant<br>Necole Ward |
| | Benjamin B. Wagner<br>United States Attorney |
| Dated:  December 1, 2010 | /s/ Kyle F. Reardon<br>KYLE F. REARDON<br>Assistant United States Attorney |

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STAFFORD, et al.,<br><br>　　　　Defendants. | )  CR NO. S-09-037 MCE<br>)<br>)<br>)  ORDER CONTINUING SENTENCING<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Ralondria Stafford and Necole Ward be continued from December 16, 2010 to February 3, 2011.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: December 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3