BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RALONDRIA STAFFORD, and<br>NECOLE WARD,<br><br>　　　　　Defendants. | 2:09-CR-00037-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE JUDGMENT AND SENTENCING<br><br>Date: Thursday, February 3, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England |

　　　The parties request that the judgment and sentencing currently set for Thursday, February 3, 2011, at 9:00 a.m., be continued to Thursday, March 24, 2011, at 9:00 a.m.  The reason for this requested continuance is an unanticipated conflict with the currently scheduled sentencing date.  The attorney for the United States is currently in trial (United States v. Torlai; 2:08-CR-0329 JAM).  This trial was originally set to conclude on Tuesday, January 25, 2011.  However, due to the defense counsel's illness, this case was continued to February 3, 2011, and is expected to last until February 9, 2011.

///

///

///

1

The requested date of March 24, 2011, is the first date that all parties are available.

DATED: January 26, 2011            Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                              By:  */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney


DATED: January 26, 2011            */s/ Kyle Reardon for*
                                   JOHN MANNING
                                   Counsel for Ralondria Stafford


DATED: January 26, 2011            */s/ Kyle Reardon for*
                                   BRUCE LOCKE
                                   Counsel for Necole Ward

**O R D E R**

APPROVED AND SO ORDERED.

Dated: February 4, 2011

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE