JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STAFFORD, et al.,<br><br>    Defendants. | CR NO. 2:09-cr-00037- MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date:  May 5, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for March 24, 2011. Counsel for the defendants request that the date for judgment and sentencing be continued to May 5, 2011, at 9:00am. The continuance is requested for two reasons: (1) Ms. Stafford and her ex-husband are in the midst of protracted and bitter child custody litigation. Ms. Stafford's counsel in that matter has informed me the parties (Ms. Stafford and Mr. Stafford) have a hearing scheduled for May 2, 2011. It is believed the Court in that matter intends to decide the matter of custody and issue an order on that day. I have been informed by Ms. Stafford's counsel (in that matter), that Ms. Stafford's appearance on May 2, 2011, out of custody and as yet unsentenced in the criminal matter, is critical to her custody claim; and (2) On behalf of Ms. Stafford, the Defense is preparing a Sentencing Memorandum in this matter.

1

PDF created with pdfFactory trial version www.pdffactory.com

Additional time is requested (and is necessary) to allow the defense to (continue to) gather information relevant to sentencing and to prepare the sentencing memorandum.

2. Absent extraordinary circumstances, this is the last stipulation re: continuance the United States will agree to in this matter.

3. The parties and United States Probation (who has been informed of this request and has no objection) hereby requests the court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**          5/5/11

Sentencing Memorandum:                    4/28/11

Dated:  March 18, 2011                     //s/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for defendant
                                           Ralondria Stafford

Dated: March 18, 2011                      /s/ Bruce Locke
                                           BRUCE LOCKE
                                           Attorney for Defendant
                                           Necole Ward


                                           Benjamin B. Wagner
                                           United States Attorney

Dated:  March 18, 2011                     /s/ Kyle F. Reardon
                                           KYLE F. REARDON
                                           Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:09-cr-00037-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING SENTENCING |
| STAFFORD, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Ralondria Stafford and Necole Ward be continued from March 24, 2011 to May 5, 2011.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: March 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com