JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>STAFFORD, et al.,<br><br>        Defendants. | NO. 2:09-cr-00037-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br><br>Date:  May 26, 2011<br>Time:  9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for May 5, 2011.  Counsel for the defendants request that the date for judgment and sentencing be continued to May 26, 2011, at 9:00am.  The continuance is requested on behalf of Ms. Stafford because the Defense is preparing a Sentencing Memorandum in this matter.  Additional time is requested (and is necessary) to allow the defense to (continue) gather information relevant to sentencing and to prepare the sentencing memorandum.

2. The Parties believe it is proper to sentence both defendants (Ms. Stafford and Ms. Ward) at the same time and therefore the Parties request both defendants be moved to the new date (May 26, 2011).

1

3. The Parties and United States Probation (who has been informed of this request and has no objection) hereby requests the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**       **5/26/11**

Sentencing Memorandum:       5/19/11

Dated: April 26, 2011       //s/ John R. Manning
JOHN R. MANNING
Attorney for defendant
Ralondria Stafford

Dated: April 26, 2011       /s/ Bruce Locke
BRUCE LOCKE
Attorney for Defendant
Necole Ward

Benjamin B. Wagner
United States Attorney

Dated: April 26, 2011       /s/ Kyle F. Reardon
KYLE F. REARDON
Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:09-cr-00037-MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING |
| STAFFORD, et al., | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Ralondria Stafford and Necole Ward be continued from May 5, 2011 to May 26, 2011.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE