```
BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
NECOLE WARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-00037-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER TO ALLOW NECOLE WARD |
| v. | ) | TO TAKE A CRUISE WITH HER |
| | ) | FAMILY FROM MARCH 29, 2013 |
| NECOLE WARD, | ) | TO APRIL 7, 2013 |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, NECOLE WARD, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that Ms. Ward's conditions of release should be modified to reflect that she shall, from this date forward, make restitution payments of $100 per month unless excused by her probation officer and to reflect that she may take a vacation cruise with her family from Puerto Rico to the Caribbean Islands from March 29, 2013 to April 7, 2013. The approval of the Court is necessary because Ms. Ward will be traveling outside the United States territories.

Ms. Ward's probation officer is Casey Anderson. Mr. Anderson's phone number is 702-527-7273. Mr. Anderson and his supervisor have approved the trip and the modification to the restitution

1

payments.  Payment of $100 for February has been received.  Should Ms. Ward fail to make a satisfactory payment for March prior to her departure, Mr. Anderson will notify the United States, and this matter may be brought to the attention of the Court.

      Mr. Reardon has authorized Mr. Locke to sign this Stipulation and Proposed Order for him

Dated: February 26, 2013        Respectfully submitted,

         /S/ Bruce Locke  
      BRUCE LOCKE  
      Attorney for Necole Ward

Dated: February 26, 2013  
         /S/ Bruce Locke  
      For KYLE REARDON  
      Attorney for the United States

**ORDER**

IT IS SO ORDERED.

DATED: March 6, 2013

_____  
MORRISON C. ENGLAND, JR., CHIEF JUDGE  
UNITED STATES DISTRICT JUDGE